KAREN A. FELD, Bar No. 162773
kfeld@cotalawfirm.com
DANIEL S. ROBERTS, Bar No. 205535
droberts@cotalawfirm.com
COTA COLE LLP
3401 Centrelake Drive, Suite 670
Ontario, CA  91761
Telephone:  (909) 230-4209
Facsimile:   (909) 937-2034

Attorneys for Defendant
City of Paramount

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUSSA FAOUR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PARAMOUNT, et al.,<br><br>Defendants. | Case No. 2:14-cv-08140 BRO (FFMx)<br>Hon. Beverly Reid O'Connell<br><br>**ORDER ON**<br>STIPULATION FOR VOLUNTARY DISMISSAL<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

{DSR/00039424. }

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for all parties who have appeared in this case hereby stipulate to the complete dismissal of the above-captioned action, with prejudice. Each side is to bear its own fees and costs incurred in this matter.

SO STIPULATED.

Dated: September 24, 2015

CABADA & HAMEED LLP

By: _____
Francisco Cabada
Attorneys for Plaintiff Moussa Team, Inc.

Dated: September 24, 2015

COTA COLE LLP

By: _____
Karen A. Feld
Daniel S. Roberts
Attorneys for Defendant City of Paramount

IT IS SO ORDERED.

DATED: September 25, 2015

_____
UNITED STATES DISTRICT JUDGE

{DSR/00039424.}

1